IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AYODELE AKINOLA,

        Plaintiff,                      3:11-cv-00681-HDM-VPC

  vs.                                 ORDER

DAVID SEVERNS, *et al.*,

        Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 23rd day of September, 2011.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE