UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| AYODELE AKINOLA, | ) | CASE NO. 3:11-CV-681-LRH-WGC |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| DAVID SEVERNS, | ) | |
| Defendant. | ) | |

This case is currently scheduled for trial on the stacked calendar of March 4, 2014.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this 5th day of July, 2013.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE